SLIP OPINION

Cite as 2015 Ark. 180

# SUPREME COURT OF ARKANSAS
No. D–14–1110

| | |
|---|---|
| IN RE: JAMES ROBIN PACE<br>ARKANSAS BAR NO. 85123 | **Opinion Delivered** April 23, 2015<br><br>PETITION FOR VOLUNTARY<br>SURRENDER OF LAW LICENSE<br><br><u>PETITION GRANTED</u>. |

## PER CURIAM

On recommendation of the Supreme Court Committee on Professional Conduct, and in lieu of disciplinary proceedings, we hereby accept the voluntary surrender of the license of James Robin Pace of Bentonville, Benton County, Arkansas, to practice law in the State of Arkansas. In his petition to voluntarily surrender his law license, filed with this court on December 23, 2014, Mr. Pace acknowledges that he has engaged in "serious misconduct" as defined in section 17.B of the Procedures of the Arkansas Supreme Court Regulating Professional Conduct of Attorneys at Law and that his conduct would likely be proven in any disbarment proceeding. Mr. Pace also states that he wishes to avoid the expense, time, stress, and publicity of addressing his conduct through disciplinary proceedings.

Therefore, the name of James Robin Pace shall be removed from the registry of licensed attorneys, and he is barred and enjoined from engaging in the practice of law in the State of Arkansas.

It is so ordered.